IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Sierra Club,

          Plaintiff,

    v.

Administrator of the United States
Environmental Protection Agency,[1]

          Defendant.

Case. No.: 3:12-cv-06472-CRB

**ORDER**

    The Court, having considered Defendant, Administrator of the United States Environmental Protection Agency ("EPA") Motion for a Stay or, in the Alternative, for Judgment on the Pleadings, being sufficiently advised, hereby GRANTS EPA's Motion for a Stay. All proceedings in this matter shall be stayed either until the United States Supreme Court denies any petitions for writ of certiorari filed in <u>EME Homer City Generation, L.P. v. Environmental Protection Agency</u>, 696 F.3d 7 (D.C. Cir. 2012), *rehearing en banc den'd*, No. 11-1302, 2013 WL 656247 (D.C. Cir. Jan. 24, 2013), or, if the Supreme Court grants any petition, until the Supreme Court issues a opinion or otherwise terminates review.

    IT IS SO ORDERED, this 29th day of March, 2013.

_____
CHARLES R. BREYER
United States



---

[1] Pursuant to Fed. R. Civ. P. 17(d), the named defendant is designated by the official title rather than name because the named individual, Lisa P. Jackson, no longer holds the designated position.