ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
leslie.hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

ROBERT UKEILEY
Admitted Pro Hac Vice
Law Office of Robert Ukeiley
507 Center Street
Berea, KY 40403
Telephone (859) 986-5402
rukeiley@igc.org

[additional counsel for Plaintiff listed in signature block]

*Counsel for Sierra Club*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GINA McCARTHY, Administrator of the United States Environmental Protection Agency,[1]<br><br>　　　　　　Defendant. | Case No.: 3:12-cv-06472-CRB<br><br>**JOINT STATUS REPORT, REQUEST TO CONTINUE STAY, AND ORDER** |

---

[1] The named defendant, Lisa P. Jackson, no longer holds the designated position. Pursuant to Fed. R. Civ. P. 25, the current Administrator is substituted for Ms. Jackson.

On March 29, 2013, the Court stayed "[a]ll proceedings in this matter . . . until the Supreme Court issues a opinion or otherwise terminates review" in <u>EME Homer City Generation, L.P. v. Environmental Protection Agency</u>, 696 F.3d 7 (D.C. Cir. 2012), <u>rehearing</u> <u>en</u> <u>banc</u> <u>denied</u>, No. 11-1302, 2013 WL 656247 (D.C. Cir. Jan. 24, 2013) (Dkt. No. 29).  The Supreme Court issued an opinion in that case on April 29, 2014. <u>Environmental Protection Agency v. EME Homer City Generation, L.P.</u>, No. 12-1182, slip. op. (U.S. Apr. 29, 2014), http://www.supremecourt.gov/opinions/13pdf/12-1182_553a.pdf (Ex. A).  The parties are presently evaluating the impact of that opinion and therefore request that the Court continue the stay of all proceedings for 60 days.

Respectfully submitted,

Date: May 9, 2014

        ROBERT G. DREHER
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        /s/ Leslie M. Hill
        LESLIE M. HILL (D.C. Bar No. 476008)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        601 D Street N.W., Suite 8000
        Washington D.C.  20004
        leslie.hill@usdoj.gov
        Telephone (202) 514-0375
        Facsimile (202) 514-8865

        *Attorneys for Defendant*

| | |
|---|---|
| 1 | |
| 2 | <u>    /s/ email authorization 5/9/14    </u> |
| 3 | ROBERT UKEILEY<br>Admitted Pro Hac Vice |
| 4 | Law Office of Robert Ukeiley<br>507 Center Street |
| 5 | Berea, KY 40403<br>Telephone (8590 986-5402 |
| 6 | rukeiley@igc.org |
| 7 | |
| 8 | ANDREA ISSOD (Cal. Bar No. 230920)<br>Sierra Club |
| 9 | 85 Second Street, 2nd Floor<br>San Francisco, CA 94105 |
| 10 | Telephone (415) 977-5544<br>Facsimile (415) 977-5793 |
| 11 | andrea.issod@sierraclub.org |
| 12 | *Attorneys for Plaintiff* |

**ORDER**

Pursuant to Stipulation and for good cause shown, all proceedings shall be stayed for an additional 60 days from the date of this Order.

DATED this __12th__ day of May, 2014.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE