1 **ORDER**

2   Pursuant to Stipulation and for good cause shown, all proceedings shall be held in
3 abeyance until November 24, 2014.  Further, the parties shall submit a joint status report
4 by November 10, 2014.

5   DATED this 17th day of October, 2014.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE