SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
leslie.hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

ROBERT UKEILEY
Admitted Pro Hac Vice
Law Office of Robert Ukeiley
255 Mountain Meadow Road
Boulder, CO 80302
Tel. 720-232-7247
rukeiley@igc.org

[additional counsel for Plaintiff listed in signature block]

*Counsel for Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GINA McCARTHY, Administrator of the United States Environmental Protection Agency,<br><br>　　　　　Defendant. | Case No.: 3:12-cv-06472-CRB<br><br>**JOINT STATUS REPORT** |

On October 10, 2014, the parties filed a joint status report (Dkt. No. 37) advising the court that the parties had reached a tentative agreement on several more deadlines at

1  issue in the matter, had drafted a proposed Consent Decree, and would continue to
2  discuss the remaining deadlines.  The Court ordered the case held in abeyance until
3  November 24, 2014 and ordered the parties to submit another status report by November
4  10, 2014 (Dkt. No. 38).

5  The parties have continued to discuss the few remaining deadlines and expect to
6  reach agreement on those deadlines in the next week.  As the parties explained in the
7  prior status report, approval of a settlement on behalf of Defendant will require review by
8  the appropriate officials of the U.S. Environmental Protection Agency and the U.S.
9  Department of Justice as well as compliance with the public notice requirement of
10 40 U.S.C. § 7413(g).  Approval of the settlement on behalf of Plaintiff will require
11 review and approval by multiple people in Sierra Club, some of whom are volunteers.

12 Accordingly, the parties stipulate to and request that the Court hold this matter in
13 abeyance until December 5, 2014 to allow the parties to conclude negotiations and
14 receive management approval for settlement.  The parties will submit another joint status
15 report on November 24, 2014 to advise the Court of their progress in resolving this case
16 without further litigation.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1 | Respectfully submitted,

2 | Date: November 10, 2014

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
leslie.hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

/s/ Robert Ukeiley (email authorization 11/10/14)
ROBERT UKEILEY
Admitted Pro Hac Vice
Law Office of Robert Ukeiley
255 Mountain Meadow Road
Boulder, CO 80302
Tel. 720-232-7247
rukeiley@igc.org

ANDREA ISSOD (Cal. Bar No. 230920)
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
Telephone (415) 977-5544
Facsimile (415) 977-5793
andrea.issod@sierraclub.org

*Attorneys for Plaintiff*

**"""""""""""""""""ORDER**

Pursuant to Stipulation and for good cause shown, all proceedings shall be held in abeyance until December 5, 2014.  Further, the parties shall submit a joint status report by November 24, 2014.

DATED this "35ÿj  day of November, 2014.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

CASE NO. 3:12-CV-06472-CRB
JOINT STATUS REPORT

4