SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
leslie.hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

ROBERT UKEILEY
Admitted Pro Hac Vice
Law Office of Robert Ukeiley
255 Mountain Meadow Road
Boulder, CO 80302
Tel. (303) 442-4033
rukeiley@igc.org

[additional counsel for Plaintiff listed in signature block]

*Counsel for Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>                Plaintiff,<br><br>        v.<br><br>GINA McCARTHY, Administrator of the United States Environmental Protection Agency,<br><br>                Defendant. | Case No. 3:12-cv-06472-CRB<br><br>**JOINT STATUS REPORT** |

On November 10, 2014, the parties filed a joint status report (Dkt. No. 39) advising the Court that the parties had reached a tentative agreement on several more

1  deadlines at issue in the matter, had drafted a proposed Consent Decree, and would
2  continue to discuss the remaining deadlines.  The Court ordered the case held in abeyance
3  until December 5, 2014 and ordered the parties to submit another status report by
4  November 24, 2014 (Dkt. No. 40).
5        The parties have reached tentative agreement on all deadlines except two and
6  expect to reach agreement on those deadlines this week.  As the parties explained in the
7  prior status reports, approval of a settlement on behalf of Defendant will require review
8  by the appropriate officials of the U.S. Environmental Protection Agency and the U.S.
9  Department of Justice as well as compliance with the public notice requirement of
10 40 U.S.C. § 7413(g).  Approval of the settlement on behalf of Plaintiff will require
11 review and approval by multiple people in Sierra Club, some of whom are volunteers.
12       Accordingly, the parties stipulate to and request that the Court hold this matter in
13 abeyance until January 5, 2015 to allow the parties to conclude negotiations and receive
14 management approval for settlement.  The parties will submit another joint status report
15 on December 18, 2014 to advise the Court of their progress in resolving this case without
16 further litigation.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Respectfully submitted,

Date: November 24, 2014

    SAM HIRSCH
    Acting Assistant Attorney General
    Environment and Natural Resources Division

     /s/ Leslie M. Hill
    LESLIE M. HILL (D.C. Bar No. 476008)
    U.S. Department of Justice
    Environment & Natural Resources Division
    Environmental Defense Section
    601 D Street N.W., Suite 8000
    Washington D.C.  20004
    leslie.hill@usdoj.gov
    Telephone (202) 514-0375
    Facsimile (202) 514-8865

    *Attorneys for Defendant*

     /s/ Robert Ukeiley (email authorization 11/24/14)
    ROBERT UKEILEY
    Admitted Pro Hac Vice
    Law Office of Robert Ukeiley
    255 Mountain Meadow Road
    Boulder, CO 80302
    Tel. 720-232-7247
    rukeiley@igc.org

    ANDREA ISSOD (Cal. Bar No. 230920)
    Sierra Club
    85 Second Street, 2nd Floor
    San Francisco, CA 94105
    Telephone (415) 977-5544
    Facsimile (415) 977-5793
    andrea.issod@sierraclub.org

    *Attorneys for Plaintiff*

Case 3:12-cv-06472-CRB   Document 42   Filed 11/26/14   Page 4 of 4

**ORDER**

Pursuant to Stipulation and for good cause shown, all proceedings shall be held in abeyance until January 5, 2015.  Further, the parties shall submit a joint status report by December 18, 2014.

DATED this 25th day of November, 2014.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE