SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
leslie.hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

ROBERT UKEILEY
Admitted Pro Hac Vice
Law Office of Robert Ukeiley
255 Mountain Meadow Road
Boulder, CO 80302
Tel. (303) 442-4033
rukeiley@igc.org

[additional counsel for Plaintiff listed in signature block]

*Counsel for Sierra Club*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>             Plaintiff,<br><br>       v.<br><br>GINA McCARTHY, Administrator of the United States Environmental Protection Agency,<br><br>             Defendant. | Case No. 3:12-cv-06472-CRB<br><br>**JOINT STATUS REPORT** |

On November 24, 2014, the parties filed a joint status report (Dkt. No. 41) advising the Court that the parties had reached a tentative agreement on all deadlines

except two and expected to reach agreement on those additional deadlines shortly. The Court ordered the case held in abeyance until January 5, 2015 and ordered the parties to submit another status report by December 18, 2014 (Dkt. No. 42).

The parties have now reached tentative agreement on all deadlines and are seeking management approval of a proposed Consent Decree. As the parties explained in the prior status reports, approval of a settlement on behalf of Defendant will require review by the appropriate officials of the U.S. Environmental Protection Agency and the U.S. Department of Justice as well as compliance with the public notice requirement of 40 U.S.C. § 7413(g). Approval of the settlement on behalf of Plaintiff will require review and approval by multiple people in Sierra Club, some of whom are volunteers.

Accordingly, the parties stipulate to and request that the Court hold this matter in abeyance until January 12, 2015 to allow the parties to conclude negotiations and receive management approval for settlement.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1  Respectfully submitted,

2  Date: December 18, 2014

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
leslie.hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

/s/ Robert Ukeiley (email authorization 12/18/14)
ROBERT UKEILEY
Admitted Pro Hac Vice
Law Office of Robert Ukeiley
255 Mountain Meadow Road
Boulder, CO 80302
Tel. 720-232-7247
rukeiley@igc.org

ANDREA ISSOD (Cal. Bar No. 230920)
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
Telephone (415) 977-5544
Facsimile (415) 977-5793
andrea.issod@sierraclub.org

*Attorneys for Plaintiff*

CASE NO. 3:12-CV-06472-CRB
JOINT STATUS REPORT

3

**ORDER**

Pursuant to Stipulation and for good cause shown, all proceedings shall be held in abeyance until January 12, 2015.

DATED this 5th day of January 2015.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE