JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
leslie.hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

ROBERT UKEILEY
Admitted Pro Hac Vice
Law Office of Robert Ukeiley
255 Mountain Meadow Road
Boulder, CO 80302
Tel. (303) 442-4033
rukeiley@igc.org

[additional counsel for Plaintiff listed in signature block]

*Counsel for Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>        Plaintiff,<br><br>        v.<br><br>GINA McCARTHY, Administrator of the United States Environmental Protection Agency,<br><br>        Defendant. | Case No. 3:12-cv-06472-CRB<br><br>**JOINT STATUS REPORT** |

1   On December 18, 2014, the parties filed a joint status report (Dkt. No. 43)
2 advising the Court that the parties had reached a tentative agreement on all deadlines.
3 The Court ordered the case held in abeyance until January 12, 2015 (Dkt. No. 44).
4   The parties have now reached tentative agreement on all deadlines and Plaintiff
5 has obtained management approval of a proposed Consent Decree.  As the parties
6 explained in the prior status reports, approval of a settlement on behalf of Defendant will
7 require review by the appropriate officials of the U.S. Environmental Protection Agency
8 and the U.S. Department of Justice as well as compliance with the public notice
9 requirement of 40 U.S.C. § 7413(g).
10   Accordingly, the parties stipulate to and request that the Court hold this matter in
11 abeyance until January 26, 2015 to allow the parties to receive management approval for
12 settlement.

Respectfully submitted,

Date: January 13, 2015

> JOHN C. CRUDEN
> Assistant Attorney General
> Environment and Natural Resources Division
>
>   /s/ Leslie M. Hill (email authorization 1/13/15)
> _____
> LESLIE M. HILL (D.C. Bar No. 476008)
> U.S. Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> 601 D Street N.W., Suite 8000
> Washington D.C.  20004
> leslie.hill@usdoj.gov
> Telephone (202) 514-0375
> Facsimile (202) 514-8865
>
> *Attorneys for Defendant*

|  |  |
|---|---|
| 1 | /s/ Robert Ukeiley |
| 2 | ROBERT UKEILEY<br>Admitted Pro Hac Vice |
| 3 | Law Office of Robert Ukeiley<br>255 Mountain Meadow Road |
| 4 | Boulder, CO 80302 |
| 5 | Tel. 720-232-7247<br>rukeiley@igc.org |

ANDREA ISSOD (Cal. Bar No. 230920)
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
Telephone (415) 977-5544
Facsimile (415) 977-5793
andrea.issod@sierraclub.org

*Attorneys for Plaintiff*

**"""ORDER**

1  Pursuant to Stipulation and for good cause shown, all proceedings shall be held in
2  abeyance until January 26, 2015.
3  DATED this '37ÿ day of January, 2015.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE